## IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| **IN RE: GRACE EVELYN WEEKS** | **CASE NO.: 18-15689** |
| **DEBTOR** | **CHAPTER 13** |

### MOTION TO RE-OPEN CASE

Comes Debtor, by and through her attorney, Mickey Stevens, and for this Motion states:

1. This case was filed as a Chapter 13 on October 22, 2018 and closed on February 16, 2022.

2. Debtor has now signed the Domestic Support Obligation.

3. Debtor is filing a separate Motion asking that the time period in the attached Notice of Opportunity to Object be shortened to seven (7) days.

**WHEREFORE,** Debtor prays this Court enter an Order re-opening this case.

/s/ Mickey Stevens
American Bankruptcy Associates PLLC.
2615 N. Prickett Road Suite 2
Bryant, AR 72022
Phone: 501-481-8923

### CERTIFICATE OF SERVICE

I, Mickey Stevens, do hereby certify a copy of the foregoing Motion has been sent to the following people on this day, February 24, 2022.

Jack W. Gooding—via electronic notice
United States Trustee—via electronic notice
And to all creditors via standard US Mail as of February 24, 2022.

/s/ Mickey Stevens
American Bankruptcy Associates PLLC.
2615 N. Prickett Road Suite 2
Bryant, AR 72022
Phone: 501-481-8923

# IN THE UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF ARKANSAS

| | |
|---|---|
| IN RE: GRACE EVELYN WEEKS | CASE NO.: 18-15689 |
| DEBTOR | CHAPTER 13 |

## NOTICE OF OPPORTUNITY TO OBJECT

You are hereby notified that the captioned debtor has filed the attached Motion. Objections must be filed with the Bankruptcy Court at 300 W. 2nd Street, Little Rock, Arkansas 72201 in writing within twenty-one (21) days from the date of this notice, with copies to the attorney for Debtor and to the Chapter 13 Standing Trustee, P.O. Box 8202, Little Rock, Arkansas 72221.

Dated: February 24, 2022

/s/ Mickey Stevens
American Bankruptcy Associates PLLC.
2615 N. Prickett Road Suite 2
Bryant, AR 72022
Phone: 501-481-8923

## CERTIFICATE OF SERVICE

I, Mickey Stevens, do hereby certify a copy of the foregoing Motion has been sent to the following people on this day, February 24, 2022.

Jack W. Gooding—via electronic notice
United States Trustee—via electronic notice
And to all creditors via standard US Mail as of February 24, 2022.

/s/ Mickey Stevens
American Bankruptcy Associates PLLC.
2615 N. Prickett Road Suite 2
Bryant, AR 72022
Phone: 501-481-8923