IN THE UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

RE: GRACE EVELYN WEEKS  
Debtor

CASE NO: 5:18-bk-15689 T  
Chapter 13

DEBTOR'S CERTIFICATION REGARDING
DOMESTIC SUPPORT OBLIGATION PURSUANT TO 11 U.S.C. §1328(a)

**✓** I, GRACE EVELYN WEEKS, **do not have a domestic support obligation** (i.e., I have not been required by a judicial or administrative order, or by statue to pay any domestic support obligation as defined in 11 U.S.C. § 101(14A) either before this proceeding was filed or at any time after the date of filing).

-OR-

____ I, GRACE EVELYN WEEKS, **have a domestic support obligation and have paid all amounts due** (i.e., I have paid all amounts due under any and all domestic support obligations as defined in 11 U.S.C. § 101(14A), required by a judicial or administrative order or by statue, including amounts due before, during and after this proceeding was filed.)

-OR-

____ I, GRACE EVELYN WEEKS, **have a domestic support obligation, but have NOT paid all amounts due** (i.e., I have NOT paid all amounts due under any and all domestic support obligations as defined in 11 U.S.C. § 101(14A), required by a judicial or administrative order or by statue, including amounts due before, during and after this proceeding was filed.)

I, GRACE EVELYN WEEKS, declare under penalty of perjury that the information provided in this Certification is true and correct.

Date: 2/24/2022     Signature: *Grace Weeks*

GRACE EVELYN WEEKS